UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GABRIEL G. H. MIDALGO,

                         Plaintiff,

                                                              <u>DECISION AND ORDER</u>

                                                                05-CV-6004L

             v.

SGT. KEOUGH, et al.,

                         Defendants.
_____

    Plaintiff's motions for a temporary restraining order, filed July 27, 2005 (Dkt. #20) and August 15, 2005 (Dkt. #21), are in all respects denied. Plaintiff has failed to demonstrate irreparable harm and a likely success on the merits. The issues plaintiff raises can be resolved in the litigation concerning the claims raised in his complaint.

    Plaintiff's motion for leave to file an amended complaint (Dkt. #24) is granted.

    IT IS SO ORDERED.

                                               _____
                                                        DAVID G. LARIMER
                                                    United States District Judge

Dated: Rochester, New York
        September 8, 2005.