UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GABRIEL G. H. MIDALGO,

                                    Plaintiff,

                                                                           DECISION AND ORDER

                                                                             05-CV-6004L

                                v.

SGT. KEOUGH, et al.,

                                   Defendants.
_____

      Plaintiff, Gabriel Midalgo, has moved for a default judgment against defendants Lt. Erickson and C.O. Hollering. The motion is denied.

      In order to enter a default judgment, a court must have jurisdiction over the parties, which requires that the parties be served with process. 10A Wright, Miller & Kane, Federal Practice & Procedure: Civil 3d § 2682 (1998). *See, e.g.*, *Smith v. Galen of Kansas, Inc.*, No. CIV.A. 01-2475, 2002 WL 500579, at *1 (D.Kan. Mar. 27, 2002). Here, the record shows that defendants Erickson and Hollering have not yet been served with the summons and complaint. Plaintiff's motion must therefore be denied.

**CONCLUSION**

Plaintiff's motion for a default judgment against defendants Lt. Erickson and C.O. Hollering (Dkt. #36) is denied.

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      February 6, 2006.