UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GABRIEL G. H. MIDALGO,


                                    Plaintiff,

                                                                    DECISION AND ORDER

                                                                    05-CV-6004L

                    v.

SGT. KEOUGH, et al.,


                                    Defendants.

_____


        This Court referred all pretrial matters in this *pro se* complaint to United States Magistrate

Judge Marian W. Payson pursuant to 28 U.S.C. § 636(b).  Plaintiff duly filed a *pro se* motion for

leave to amend his complaint for the third time.  Magistrate Judge Payson issued a Report and

Recommendation (Dkt. # 53) granting in part and denying in part plaintiff's motion.

        As indicated in Magistrate Judge Payson's Report, she allowed additional parties to be

named but recommended denial of the motion to add new claims, identified as Counts Eleven and

Thirteen.  Plaintiff objected to that part of Magistrate Judge Payson's Report that denied his motion

(Dkt. #55).

        I have reviewed the objections filed by plaintiff, as well as Magistrate Judge Payson's Report

and Recommendation, and I see no basis to change or modify her Report.  I accept the Report and

Recommendation in all respects and, as Magistrate Judge Payson did, grant in part and deny in part

plaintiff's motion to file an amended complaint.

     IT IS SO ORDERED.

                            DAVID G. LARIMER
                       United States District Judge

Dated: Rochester, New York
      April 13, 2007.