UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GABRIEL G. H. MIDALGO,

                              Plaintiff,

                                                                             DECISION AND ORDER

                                                                             05-CV-6004L

                    v.

SGT. KEOUGH, et al.,

                              Defendants.
_____

GABRIEL G. H. MIDALGO,

                              Plaintiff,


                    v.                                                      06-CV-6223L

SGT. BARBERRY, et al.,

                              Defendants.
_____

GABRIEL G. H. MIDALGO,

                              Plaintiff,


                    v.                                                      06-CV-6572L

SGT. MORSE, et al.,

                              Defendants.
_____

On February 5, 2009, the Court issued an order directing the parties to show cause in writing, no later than March 2, 2009, why these three cases should not be dismissed pursuant to Local Rule 41.2, based on plaintiff's failure to prosecute any of these cases. Plaintiff has not responded to the order to show cause. Accordingly, these actions are dismissed for failure to prosecute.

## CONCLUSION

Each of these actions is dismissed for failure to prosecute, pursuant to Rule 41.2 of the Local Rules for the Western District of New York.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      March 10, 2009.